UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BANK OF AMERICA, N. A.,                                          Case No. 11 CV 5023 (RLE)

                Plaintiff,        **SUGGESTION OF**
                                                                    **BANKRUPTCY**

   - against –

ASESD, LLC, NORMAN KAISH and LEONARD TAUB,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      Plaintiff Bank of America, N.A., hereby provides notice to the Court and other parties of the filing on February 23, 2012 of a voluntary petition for relief under Title 11 of the United States Code (11 U.S.C. Section 101 et seq.) (the "Bankruptcy Code") by defendant Leonard Taub in the United States Bankruptcy Court for the Eastern District of New York and in the case styled *In re Leonard Taub,* Case No. 12-70998-dte.  As such, plaintiff Bank of America will take no further action against this defendant, unless and until the automatic stay imposed pursuant to Section 362(a) of the Bankruptcy Code is lifted by the Bankruptcy Court.

Dated:   New York, New York
           March 6, 2012

                            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                            By:   /s/ Marie Polito Hofsdal
                                   Daniel F. Flores
                                   Marie Polito Hofsdal
                                   Attorneys for Plaintiff Bank of America, NA
                                   150 East 42nd Street
                                   New York, New York 10017-5639
                                   (212) 915-5405
                                   File No.: **11944.00052**

4955548v.1