USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BANK OF AMERICA, N.A.

                        Plaintiff,

- against –

ASESD, LLC, NORMAN KAISH and
LEONARD TAUB,
                        Defendants.
----------------------------------------------------------------X

11 Civ. 5023 (RMB)

**DEFAULT JUDGMENT**

       This action having been commenced on July 21, 2011 by the filing of the Summons and Complaint; and a copy of the Summons and Complaint having been served on defendant ASESD, LLC on July 26, 2011, by service on Leonard Taub, a representative of ASESD, LLC authorized to accept service on its behalf, and a copy of the Summons and Complaint having been served on defendant Norman Kaish on July 30, 2011, by process server who affixed to Norman Kaish's residence door a copy of the Summons and Complaint and thereafter mailed true copies of the Summons and Complaint to Norman Kaish's residence; and proof of service for service upon ASESD, LLC and Norman Kaish each having been filed on August 11, 2011; and the defendants ASESD, LLC and Norman Kaish not having answered the Complaint; and the time for each defendant to answer the Complaint having expired; and plaintiff Bank of America, N.A. having moved for entry of default; and plaintiff Bank of America, N.A. having moved for default judgment against ASESD, LLC and Norman Kaish by Order to Show Cause signed by the Honorable Richard M. Berman, U.S.D.J. on May 30, 2012; and a copy of the Order to Show Cause and all supporting papers, including the Affidavit of Marie Polito Hofsdal in support, having been served upon defendant ASESD, LLC on June 1, 2012 by service upon Norman Kaish, an individual authorized to accept service on its behalf; and a copy of the Order

5059836v.2

to Show Cause and all supporting papers, including the Affidavit of Marie Polito Hofsdal in support, having been served personally upon defendant Norman Kaish on June 1, 2012; and a copy of the Order to Show Cause and all supporting papers, including the Affidavit of Marie Polito Hofsdal in support, having been served upon defendant Leonard Taub as a courtesy on May 30, 2012 by service upon his counsel by U.S. Mail; it is

ORDERED, ADJUDGED AND DECREED, that the plaintiff Bank of America, N.A. have judgment against defendants ASESD, LLC and Norman Kaish, jointly and severally, in the liquidated amount of $211,351.40, plus accrued and unpaid interest through May 29, 2012 in the total amount of $171,965.89, plus accrued and unpaid interest from May 30, 2012 through entry of default judgment on _____ at the rate of $35.23 per diem, plus post-judgment interest at the lawful rate on the total amount due plaintiff Bank of America, N.A. as of the date of entry of default judgment until the same be paid and satisfied, together with costs and disbursements related to this action, including attorneys fees and costs, in the amount of $58,855.69 as of May 29, 2012.

*[Handwritten: Refer to Magistrate Judge to determine damages, etc.]*

Dated: New York, New York
       6/19, 2012

*RMB*
RICHARD M. BERMAN, U.S.D.J.

This document was entered on the docket on _____

5059836v.2